Ronald H. Reynolds, Esq.
REYNOLDS & ASSOCIATES
Nevada Bar No. 827
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV  89101
(702) 445-7000
(702) 385-7743 facsimile
Attorneys for HARDY COMPANIES, INC., dba
    HARDY PAINTING AND DRYWALL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARDY COMPANIES, INC. dba HARDY PAINTING AND DRYWALL,<br><br>               Plaintiff,<br><br>vs.<br><br>R & O CONSTRUCTION COMPANY, a foreign corporation; WAL-MART STORES, INC., a foreign corporation; WESTERN SURETY, INC., dba WESTERN SURETY COMPANY; ROE CORPORATIONS I - X; and DOES I through X, inclusive,<br><br>               Defendants. | Case No. 2:10-cv-00509-RLH-LRL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel of record, that the within matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

    There are no pending motion or trial dates currently set.

DATED:  June 16, 2010.

REYNOLDS & ASSOCIATES

/s/ Ronald H. Reynolds
RONALD H. REYNOLDS, NV Bar 827
ron@reynoldslawyers.com
823 Las Vegas Blvd. South, Suite 280
Las Vegas, NV  89101
Attorney for Plaintiff, HARDY COMPANIES, INC. dba  HARDY PAINTING AND DRYWALL

PHILLIPS SPALLAS & ANGSTADT

BRANDON P. SMITH, NV Bar 10443
bsmith@psalaw.net
504 S. Ninth St.
Las Vegas, NV 89101
Attorney for Defendant, WAL-MART STORES, INC.

ALDRICH LAW FIRM

_____
JOHN P. ALDRICH, NV Bar 6877
jaldrich@johnaldrichlawfirm.com
1601 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89146
Attorney for Defendant R & O CONSTRUCTION
COMPANY and WESTERN SURETY, INC.,
dba WESTERN SURETY COMPANY

IT IS SO ORDERED.
Dated: July 26, 2010.

_____
ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE

2